Certificate Number: 20476-NJ-DE-036733025

Bankruptcy Case Number: 22-15916



20476-NJ-DE-036733025

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 1, 2022,</u> at <u>8:11</u> o'clock <u>PM EDT</u>, <u>Edward D Sprich Jr</u> completed a course on personal financial management given <u>by internet</u> by <u>Marie-Ann Greenberg, Chapter 13 Standing Trustee</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date: <u>August 3, 2022</u>    By: <u>/s/Scott E Kehiaian</u>

Name: <u>Scott E Kehiaian</u>

Title: <u>TEN Representative</u>