STEPHEN B. MCNALLY
MCNALLY & BUSCHE, L.L.C.
93 MAIN STREET
SUITE 201
NEWTON, NJ  07860

Re:  EDWARD D. SPRICH, JR.
     63 LAKE TERRACE
     SPARTA,  NJ  07871

Atty:  STEPHEN B. MCNALLY
     MCNALLY & BUSCHE, L.L.C.
     93 MAIN STREET
     SUITE 201
     NEWTON, NJ  07860

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**
Chapter 13 Case # 22-15916

### RECEIPTS AS OF 01/13/2023 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/10/2022 | $2,140.00 | | 09/13/2022 | $2,140.00 | |
| 10/11/2022 | $2,140.00 | | 11/10/2022 | $2,140.00 | |
| 12/12/2022 | $2,616.00 | | 01/10/2023 | $2,616.00 | |

**Total Receipts: $13,792.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $13,792.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | 12/12/2022 | $4,924.80 | 901,862 | 01/09/2023 | $2,472.12 | 903,356 |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 672.96 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,250.00 | 100.00% | 3,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | UNITED STATES TREASURY/IRS | PRIORITY | 4,585.40 | 100.00% | 0.00 | 4,585.40 |
| 0003 | ROUNDPOINT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 120,602.71 | 100.00% | 7,396.92 | 113,205.79 |
| 0005 | STATE OF NJ | PRIORITY | 9,678.87 | 100.00% | 0.00 | 9,678.87 |
| 0006 | UNITED STATES TREASURY/IRS | UNSECURED | 241.76 | 100.00% | 0.00 | 241.76 |
| 0007 | STATE OF NJ | UNSECURED | 1,114.40 | 100.00% | 0.00 | 1,114.40 |

Total Paid: $11,319.88
See Summary

**Chapter 13 Case # 22-15916**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $13,792.00    -    Paid to Claims: $7,396.92    -    Admin Costs Paid: $3,922.96    =    Funds on Hand: $2,472.12

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.