STEPHEN B. MCNALLY
MCNALLY & BUSCHE, L.L.C.
93 MAIN STREET
SUITE 201
NEWTON, NJ  07860


Re:   EDWARD D. SPRICH, JR.                          Atty:   STEPHEN B. MCNALLY
      63 LAKE TERRACE                                MCNALLY & BUSCHE, L.L.C.
      SPARTA,  NJ  07871                             93 MAIN STREET
                                                    SUITE 201
                                                    NEWTON, NJ  07860


## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 22-15916

## RECEIPTS AS OF 01/01/2024          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/10/2022 | $2,140.00 | | 09/13/2022 | $2,140.00 | |
| 10/11/2022 | $2,140.00 | | 11/10/2022 | $2,140.00 | |
| 12/12/2022 | $2,616.00 | | 01/10/2023 | $2,616.00 | |
| 02/10/2023 | $2,616.00 | | 03/10/2023 | $2,616.00 | |
| 04/10/2023 | $2,616.00 | | 05/10/2023 | $2,616.00 | |
| 06/12/2023 | $2,616.00 | | 07/11/2023 | $2,616.00 | |
| 08/10/2023 | $2,616.00 | | 09/12/2023 | $2,616.00 | |
| 10/11/2023 | $2,616.00 | | 11/13/2023 | $2,616.00 | |
| 12/11/2023 | $2,616.00 | | | | |

**Total Receipts: $42,568.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $42,568.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024          (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | | |
| | 12/12/2022 | $4,924.80 | 901,862 | | 01/09/2023 | $2,472.12 | 903,356 |
| | 02/13/2023 | $4,944.24 | 904,859 | | 03/13/2023 | $2,472.12 | 906,487 |
| | 04/17/2023 | $2,472.12 | 908,040 | | 05/15/2023 | $2,445.96 | 909,713 |
| | 07/17/2023 | $4,891.92 | 912,685 | | 08/14/2023 | $2,445.96 | 914,215 |
| | 09/18/2023 | $2,445.96 | 915,695 | | 10/16/2023 | $2,406.72 | 917,217 |
| | 12/11/2023 | $2,406.72 | 920,079 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,791.92 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,250.00 | 100.00% | 3,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | UNITED STATES TREASURY/IRS | PRIORITY | 4,585.40 | 100.00% | 0.00 | 4,585.40 |

**Chapter 13 Case # 22-15916**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|--------------|------------|------|------------------|
| 0003 | ROUNDPOINT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRI | 120,602.71 | 100.00% | 36,735.36 | 83,867.35 |
| 0005 | STATE OF NJ | PRIORITY | 9,678.87 | 100.00% | 0.00 | 9,678.87 |
| 0006 | UNITED STATES TREASURY/IRS | UNSECURED | 241.76 | 100.00% | 0.00 | 241.76 |
| 0007 | STATE OF NJ | UNSECURED | 1,114.40 | 100.00% | 0.00 | 1,114.40 |

**Total Paid: $42,777.28**

See Summary

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $42,568.00          -     Paid to Claims: $36,735.36     -     Admin Costs Paid: $6,041.92     =     Funds on Hand: $2,406.72

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.