STEPHEN B. MCNALLY
MCNALLY & BUSCHE, L.L.C.
93 MAIN STREET
SUITE 201
NEWTON, NJ  07860

Re:  EDWARD D. SPRICH, JR.  
    63 LAKE TERRACE  
    SPARTA,  NJ  07871

Atty: STEPHEN B. MCNALLY  
    MCNALLY & BUSCHE, L.L.C.  
    93 MAIN STREET  
    SUITE 201  
    NEWTON, NJ  07860

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
Chapter 13 Case # 22-15916

### RECEIPTS AS OF 01/01/2025    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/10/2022 | $2,140.00 | | 09/13/2022 | $2,140.00 | |
| 10/11/2022 | $2,140.00 | | 11/10/2022 | $2,140.00 | |
| 12/12/2022 | $2,616.00 | | 01/10/2023 | $2,616.00 | |
| 02/10/2023 | $2,616.00 | | 03/10/2023 | $2,616.00 | |
| 04/10/2023 | $2,616.00 | | 05/10/2023 | $2,616.00 | |
| 06/12/2023 | $2,616.00 | | 07/11/2023 | $2,616.00 | |
| 08/10/2023 | $2,616.00 | | 09/12/2023 | $2,616.00 | |
| 10/11/2023 | $2,616.00 | | 11/13/2023 | $2,616.00 | |
| 12/11/2023 | $2,616.00 | | 01/10/2024 | $2,616.00 | |
| 02/12/2024 | $2,616.00 | | 03/11/2024 | $2,616.00 | |
| 04/10/2024 | $2,616.00 | | 05/10/2024 | $2,616.00 | |
| 06/10/2024 | $2,616.00 | | 07/11/2024 | $2,616.00 | |
| 08/12/2024 | $2,616.00 | | 09/10/2024 | $2,616.00 | |
| 10/10/2024 | $2,616.00 | | 11/12/2024 | $2,616.00 | |
| 12/10/2024 | $2,616.00 | | | | |

**Total Receipts: $73,960.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $73,960.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 12/12/2022 | $4,924.80 | 901,862 | 01/09/2023 | $2,472.12 | 903,356 |
| | 02/13/2023 | $4,944.24 | 904,859 | 03/13/2023 | $2,472.12 | 906,487 |
| | 04/17/2023 | $2,472.12 | 908,040 | 05/15/2023 | $2,445.96 | 909,713 |
| | 07/17/2023 | $4,891.92 | 912,685 | 08/14/2023 | $2,445.96 | 914,215 |
| | 09/18/2023 | $2,445.96 | 915,695 | 10/16/2023 | $2,406.72 | 917,217 |
| | 12/11/2023 | $2,406.72 | 920,079 | 01/08/2024 | $2,406.72 | 921,488 |
| | 02/12/2024 | $2,406.72 | 922,818 | 03/11/2024 | $2,406.72 | 924,287 |
| | 04/15/2024 | $4,813.44 | 925,697 | 06/17/2024 | $4,813.44 | 928,566 |
| | 07/15/2024 | $2,485.20 | 930,083 | 08/19/2024 | $2,485.20 | 931,475 |

**Chapter 13 Case # 22-15916**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 09/16/2024 | $2,485.20 | 932,980 | | 10/21/2024 | $2,459.04 | 934,331 |
| | 11/18/2024 | $2,459.04 | 935,828 | | 12/16/2024 | $2,459.04 | 937,213 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 4,858.56 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,250.00 | 100.00% | 3,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | UNITED STATES TREASURY/IRS | PRIORITY | 4,585.40 | 100.00% | 0.00 | 4,585.40 |
| 0003 | ROUNDPOINT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 120,602.71 | 100.00% | 68,467.44 | 52,135.27 |
| 0005 | STATE OF NJ | PRIORITY | 9,678.87 | 100.00% | 0.00 | 9,678.87 |
| 0006 | UNITED STATES TREASURY/IRS | UNSECURED | 241.76 | 100.00% | 0.00 | 241.76 |
| 0007 | STATE OF NJ | UNSECURED | 1,114.40 | 100.00% | 0.00 | 1,114.40 |
| 0008 | STATE OF NJ | PRIORITY | 2,436.91 | 100.00% | 0.00 | 2,436.91 |

**Total Paid: $76,576.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $73,960.00     -     Paid to Claims: $68,467.44     -     Admin Costs Paid: $8,108.56     =     Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.