STEPHEN B. MCNALLY
MCNALLY & BUSCHE, L.L.C.
93 MAIN STREET
SUITE 201
NEWTON, NJ 07860

Re: EDWARD D. SPRICH, JR.
63 LAKE TERRACE
SPARTA, NJ 07871

Atty: STEPHEN B. MCNALLY
MCNALLY & BUSCHE, L.L.C.
93 MAIN STREET
SUITE 201
NEWTON, NJ 07860

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026**
**Chapter 13 Case # 22-15916**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/10/2022 | $2,140.00 | | 09/13/2022 | $2,140.00 | |
| 10/11/2022 | $2,140.00 | | 11/10/2022 | $2,140.00 | |
| 12/12/2022 | $2,616.00 | | 01/10/2023 | $2,616.00 | |
| 02/10/2023 | $2,616.00 | | 03/10/2023 | $2,616.00 | |
| 04/10/2023 | $2,616.00 | | 05/10/2023 | $2,616.00 | |
| 06/12/2023 | $2,616.00 | | 07/11/2023 | $2,616.00 | |
| 08/10/2023 | $2,616.00 | | 09/12/2023 | $2,616.00 | |
| 10/11/2023 | $2,616.00 | | 11/13/2023 | $2,616.00 | |
| 12/11/2023 | $2,616.00 | | 01/10/2024 | $2,616.00 | |
| 02/12/2024 | $2,616.00 | | 03/11/2024 | $2,616.00 | |
| 04/10/2024 | $2,616.00 | | 05/10/2024 | $2,616.00 | |
| 06/10/2024 | $2,616.00 | | 07/11/2024 | $2,616.00 | |
| 08/12/2024 | $2,616.00 | | 09/10/2024 | $2,616.00 | |
| 10/10/2024 | $2,616.00 | | 11/12/2024 | $2,616.00 | |
| 12/10/2024 | $2,616.00 | | 01/10/2025 | $2,616.00 | |
| 02/10/2025 | $2,616.00 | | 03/10/2025 | $2,616.00 | |
| 04/10/2025 | $2,616.00 | | 06/09/2025 | $2,017.00 | |
| 06/24/2025 | $600.00 | | 07/08/2025 | $2,017.00 | |
| 07/14/2025 | $625.00 | | 08/07/2025 | $2,616.00 | |
| 09/09/2025 | $2,616.00 | | 10/07/2025 | $2,616.00 | |
| 11/07/2025 | $2,616.00 | | 12/08/2025 | $2,616.00 | |
| 01/12/2026 | $2,616.00 | | | | |

**Total Receipts: $105,379.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $105,379.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|

**Chapter 13 Case # 22-15916**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 12/12/2022 | $4,924.80 | 901,862 | 01/09/2023 | $2,472.12 | 903,356 |
| | 02/13/2023 | $4,944.24 | 904,859 | 03/13/2023 | $2,472.12 | 906,487 |
| | 04/17/2023 | $2,472.12 | 908,040 | 05/15/2023 | $2,445.96 | 909,713 |
| | 07/17/2023 | $4,891.92 | 912,685 | 08/14/2023 | $2,445.96 | 914,215 |
| | 09/18/2023 | $2,445.96 | 915,695 | 10/16/2023 | $2,406.72 | 917,217 |
| | 12/11/2023 | $2,406.72 | 920,079 | 01/08/2024 | $2,406.72 | 921,488 |
| | 02/12/2024 | $2,406.72 | 922,818 | 03/11/2024 | $2,406.72 | 924,287 |
| | 04/15/2024 | $4,813.44 | 925,697 | 06/17/2024 | $4,813.44 | 928,566 |
| | 07/15/2024 | $2,485.20 | 930,083 | 08/19/2024 | $2,485.20 | 931,475 |
| | 09/16/2024 | $2,485.20 | 932,980 | 10/21/2024 | $2,459.04 | 934,331 |
| | 11/18/2024 | $2,459.04 | 935,828 | 12/16/2024 | $2,459.04 | 937,213 |
| | 01/13/2025 | $2,459.04 | 938,642 | 03/17/2025 | $4,918.08 | 941,390 |
| | 04/14/2025 | $2,459.04 | 942,866 | 06/16/2025 | $1,916.15 | 945,694 |
| | 07/14/2025 | $2,486.15 | 947,159 | 08/18/2025 | $3,078.95 | 948,604 |
| | 09/16/2025 | $2,485.20 | 949,866 | 10/20/2025 | $2,459.04 | 951,283 |
| | 11/17/2025 | $2,459.04 | 952,768 | 12/15/2025 | $2,459.04 | 954,167 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 6,481.83 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,250.00 | 100.00% | 3,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | UNITED STATES TREASURY/IRS | PRIORITY | 4,585.40 | 100.00% | 0.00 | 4,585.40 |
| 0003 | ROUNDPOINT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRI | 120,602.71 | 100.00% | 93,188.13 | 27,414.58 |
| 0005 | STATE OF NJ | PRIORITY | 9,678.87 | 100.00% | 0.00 | 9,678.87 |
| 0006 | UNITED STATES TREASURY/IRS | UNSECURED | 241.76 | 100.00% | 0.00 | 241.76 |
| 0007 | STATE OF NJ | UNSECURED | 1,114.40 | 100.00% | 0.00 | 1,114.40 |
| 0008 | STATE OF NJ | PRIORITY | 2,436.91 | 100.00% | 0.00 | 2,436.91 |

**Total Paid: $102,919.96**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $105,379.00 - Paid to Claims: $93,188.13 - Admin Costs Paid: $9,731.83 = Funds on Hand: $2,459.04

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.