**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE:                                                CASE NO.: 22-15916-SLM
                                                            CHAPTER 13

Edward D. Sprich, Jr.,

   Debtor.

_____/

### REQUEST FOR SERVICE

   **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Wilmington Trust, NA, successor trustee to Citibank, N.A., as trustee, on behalf of the holders of the Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust II, Mortgage Pass-Through Certificates Series 2007-1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

> Robertson, Anschutz, Schneid, Crane &
> Partners, PLLC
> Attorney for Secured Creditor
> 130 Clinton Rd #202
> Fairfield, NJ 07004
> Telephone: 470-321-7112
> Facsimile: 404-393-1425
>
> By: /s/Nathalie Rodriguez
>    Nathalie Rodriguez
>    Email: NRodriguez@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 22, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

EDWARD D. SPRICH, JR.
63 LAKE TERRACE
SPARTA, NJ 07871

And via electronic mail to:

STEPHEN B. MCNALLY
MCNALLY LAW, LLC
93 MAIN STREET
SUITE 201
NEWTON, NJ 07860

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Journie Morosky